**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
MICHAEL DEROSA,

                Plaintiff,          20 **CIVIL** 6693 (JMF) (KNF)

      -v-                       **JUDGMENT**

KILOLO KIJAKAZI,
ACTING COMMISSIONER OF SOCIAL
SECURITY,

                Defendant.
------------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Stipulation and Order dated August 4, 2021, that this action be, and hereby is, reversed and remanded to the Commissioner of Social Security, pursuant to sentence four of 42 U.S.C. § 405(g), for further administrative proceedings, including a new hearing.

**Dated:** New York, New York
         August 4, 2021

                                         **RUBY J. KRAJICK**
                                           **Clerk of Court**
                     **BY:**
                                           **Deputy Clerk**